# Court of Appeals
# of the State of Georgia

ATLANTA, October 22, 2025

*The Court of Appeals hereby passes the following order:*

**A26E0075. LUIS POLANCO v. 14TH PEACHTREE APARMENTS HOLDING, LLC d/b/a BOZZUTO.**

Luis Polanco filed an "Emergency Motion to Stay Execution of Writ of Possession," requesting this Court issue a stay of the Fulton County State Court's writ of possession. Upon consideration of the motion and the issues raised therein, the emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, 10/22/2025*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*